# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2016

Robert P. Young, Jr.,
Chief Justice

150994(75)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 150994
COA: 314564
Calhoun CC: 2001-004547-FC

LORINDA IRENE SWAIN,
Defendant-Appellant.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Chad J. Ray, Paul D. Margolis, and Sara Tonnies Horton to appear and practice under MCR 8.126(A) on behalf of amicus curiae former Michigan prosecutors John Smietanka, Thomas Cranmer, and James Samuels is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2016

